# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLORIA JACOBS,**<br><br>　　　　**Plaintiff,**<br><br>　vs.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.,**<br><br>　　　　**Defendant(s).** | **Case No.: 2:15-cv-00172-JAM-DAD**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　Upon stipulation of the parties and good cause showing, it is hereby ORDERED that the instant matter is hereby dismissed in its entirety, with prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

Date: 10/13/2015　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　Hon. United States District Court Judge

- 1 -

ORDER

P:00949001-2:87026.077